REBHOLZ & AUBERRY
ATTORNEYS AT LAW
7707 MENOMONEE RIVER PARKWAY
WAUWATOSA, WISCONSIN 53213

JAMES REBHOLZ                                            TELEPHONE (414) 479-9130
ANN AUBERRY                                              FACSIMILE (414) 479-9131
aauberry7707@sbcglobal.net

June 13, 2013

Hon. Rudolph T. Randa
District Court Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE:** *U.S. v. Tiffany Martinez*
**E.D. Wis. Case No. 12-CR-189**

Dear Judge Randa,

    I will be traveling out-of-state for a family wedding on Friday, June 14, 2013, and will be unable to appear for the hearing scheduled before you on that date. However, I have made arrangements for Attorney Thomas Erickson, who is representing a co-defendant of Ms. Martinez, to appear on my behalf for purposes of setting a jury trial date.

    I do not know what time frame the government and the court contemplate for the jury trial date, but I wanted to inform the court I would not be available the weeks of July 8th, August 5th, August 12th, August 26th, September 2nd and November 4th of this year.

    Thank you.

Sincerely yours,

s/Ann Auberry
Ann Auberry  Bar Number 1013925
Attorney for Tiffany Martinez
Rebholz & Auberry
7707 Menomonee River Parkway
Telephone: (414) 479-9130
Fax: (414) 479-9131
E-mail: aauberry7707@sbcglobal.net

cc: Ms. Erica O'Neil, Esq.
    Assistant United States Attorney