# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **Rudolph T. Randa**, presiding.   Deputy Clerk:   **Linda M. Zik**

DATE:  **November 7, 2013  2:45 p.m.**   Court Reporter:   **Sheryl Stawski**

CASE NO.  **12-Cr-189**   Time Called:   **2:46 pm.**

UNITED STATES v.  **Tiffany M. Martinez**   Time Concluded:   **2:59 pm.**

PROCEEDING:   **CHANGE OF PLEA**

UNITED STATES by:   **Margaret B. Honrath**

PROBATION OFFICER:   **Sara M. Nieling**

INTERPRETER:

DEFENDANT:  **Tiffany M. Martinez,** in person, and by

ATTORNEY:  **Ann R. Auberry**

___ Information filed today   **X** Waiver of Indictment signed and filed today
___ Plea Agreement filed today

Plea:  **Guilty**  to Count  **1**  of the Information (Indictment to be dismissed at sentencing)

**X** Adjudged Guilty   **X** Presentence Report ordered

Sentencing date:  **February 27, 2014 at 2:00 p.m.**

Written objections to PSR due: _____
Versions of the offense due:   _____

*Sentencing Memorandums and motions must be filed at least one-week prior to the sentencing date.*

___ Defendant remanded to custody of U.S. Marshal
 **X** Bond continued as previously set

Defendant sworn.  Court questions defendant.  Government's offer of proof is in the Plea Agreement.  See Attachment A.  Rule 32 waived in the Plea Agreement.

Penalties:
Imprisonment: 5-40 years; Fine: $5,000,000.00 max.; Special Assessment: $100.00;
Supervised Release: 4 years to Life; Restitution; Forfeiture