# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC
FILED
NOV - 7 2013
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

TIFFANY M. MARTINEZ,

          Defendant.

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 12-CR-189

I, Tiffany M. Martinez, the above named defendant, who is accused of:

1. Beginning sometime in 2010, and continuing until August 31, 2012, in the State and Eastern District of Wisconsin and elsewhere,
**TIFFANY M. MARTINEZ,**
knowingly and intentionally conspired with persons known and unknown to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).
2. The offense involved 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance and 28 grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II controlled substance.
All in violation of Title 21, United States Code, Sections 841(b)(1)(B) and 846 and Title 18, United States Code, Section 2.

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __11/7/13__, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
TIFFANY M. MARTINEZ, *Defendant*

_____
ANN R. AUBERRY, *Counsel for Defendant*

Before _____
The Honorable Rudolph T. Randa,
United States District Court Judge